

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-309M |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| ADRIAN MAURICE GOLDEN, | |
| Defendant. | |

I.

On February 16, 2016, the Defendant was arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona, based on an Indictment issued in case No. CR15-1127-PHX-DJH (MHB) charging Defendant with one count of attempting to transport an individual to engage in prostitution, in violation of 18 U.S.C. § 2421, and one count of inducing travel to engage in prostitution, in violation of 18 U.S.C. § 2422, and requested a detention hearing in this district.

The Court conducted a detention hearing:

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ History of outstanding warrants for failures to appear in July 2005, August 2006, and October 2012

As to danger to the community:

- ☒ Nature of previous felony convictions involving drugs and violence (extortion conviction in May 2015), defendant is presently on probation in connection with extortion conviction and was on probation when he allegedly committed the acts charged in the pending indictment.
- ☒ Allegations in present charging document

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 17, 2016

\_\_\_\_\_/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE